ST. PAUL, ROGERS, and BRUNOT, JJ., concur in the decree.

═══

(109 So. 789)

No. 27936.

**STATE OF LOUISIANA v. Will NORRIS.**

(June 28, 1926. Rehearing Denied Oct. 5, 1926.)

Appeal from Fourth Judicial District Court, Parish of Ouachita; Percy Sandel, Judge.

George Wesley Smith, of Rayville, for appellant.

Percy Saint, Atty. Gen., Percy T. Ogden, Asst. Atty. Gen., David I. Garrett, Dist. Atty., of Monroe (E. R. Schowalter, Asst. Atty. Gen., of counsel), for the State.

O'NIELL, C. J. The defendant has appealed from a conviction and sentence for having whisky in his possession for beverage purposes. The facts of the case and the issues presented are the same as in the case of State v. Norris (No. 27935) 109 So. 787,[1] in which the conviction and sentence were affirmed to-day. For the reasons given in the opinion rendered in that case, the verdict and sentence in this case are affirmed.

ST. PAUL, ROGERS, and BRUNOT, JJ., concur in the decree.

---

[1] Ante, p. 988.